Commonwealth *v.* Smith, Appellant.

Submitted December 12, 1969. *William Goldstein,* for appellant; *Mark Sendrow,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.